UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CR-00351-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| WALTER KEVIN BAILEY | ) | |
| | ) | |

This matter is before the court on review of the docket in this case.

In 2011, defendant was convicted of several counts, including being a felon in possession of firearms. The court sentenced him to 120 months imprisonment, the statutory maximum, on each count, to run concurrently. In 2012, defendant filed *pro se* a motion for appointment of counsel to assist him with obtaining relief in light of United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) (en banc). (DE # 103.) Counsel, who had been appointed to represent defendant pursuant to standing order No. 11-SO-3, filed a response to the motion. (DE # 104.) According to counsel, defendant does not qualify for relief under Simmons because defendant's term of imprisonment would remain the same even if his conviction for being a felon in possession of firearms was vacated. (Id.) Upon counsel's response, the court denied as moot defendant's motion to appoint counsel and directed the government to file a response to counsel's filing. (DE # 105.) The government did so.[1] (DE # 107.) It agrees that vacating defendant's conviction for being a felon in possession of firearms would have no effect on his total term of imprisonment. (Id.) In any event, the government argues, petitioner would not be entitled to pursue such a claim for relief under 28 U.S.C. § 2255. (Id.)

---

[1] Its motion for an extension of time to file the response is ALLOWED.

The decision whether to pursue relief under § 2255 rests entirely with defendant. At this point, defendant has not filed a § 2255 motion. Therefore, the court will not disturb defendant's judgment of conviction and expresses no opinion on the merits of any claim defendant might have based on <u>Simmons</u>.

This 11 February 2013.

                                                W. Earl Britt
                                                Senior U.S. District Judge

2

Case 5:10-cr-00351-BR   Document 108   Filed 02/11/13   Page 2 of 2